# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-30985
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 17, 2016

Lyle W. Cayce
Clerk

JUSTO E. ROQUE, JR.,

       Plaintiff - Appellant

v.

DEPARTMENT OF CHILDREN AND FAMILY SERVICES STATE OF LOUISIANA; SUSSY SONNIER, Secretary; LOUISIANA DIVISION OF ADMINISTRATIVE LAW; ANN WISE, Director,

       Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:15-CV-3176

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

    Justo E. Roque, Jr., pro se, filed a complaint against the Louisiana Department of Children and Family Services, the Louisiana Division of Administrative Law, Sussy Sonnier, and Ann Wise. Liberally construed, the complaint appears to challenge adverse state benefit determinations. The

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-30985

district court dismissed the complaint for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1). The court observed that Roque had failed to assert any jurisdictional basis for his claims and that he had not suggested what federal laws the defendants allegedly violated, but instead incomprehensibly referenced past actions adjudicated in Louisiana administrative agencies and state courts.

Roque's arguments on appeal are just as incomprehensible as the allegations in his complaint. He has failed to satisfy his burden of identifying any basis for subject matter jurisdiction over his claims in federal court. The district court did not err in dismissing the complaint and its judgment is therefore

AFFIRMED.[1]

---

[1] The appellant's motion for oral argument is denied.